

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

JOSEPH S. BEALE, Plaintiff,
v.
REVOLUTION, LLC and SECURITY LIFE OF DENVER INSURANCE COMPANY, d/b/a ING, Defendants.

Case Number: KC

**FILED**
DEC 07 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07CV6909
JUDGE KOCORAS
MAGISTRATE JUDGE VALDEZ

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

SECURITY LIFE OF DENVER INSURANCE COMPANY

| | |
|---|---|
| NAME (Type or print) Thomas B. Keegan | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| FIRM KEEGAN, LATERZA, LOFGREN & GLEASON, L.L.C. | |
| STREET ADDRESS 566 West Adams Street, Suite 750 | |
| CITY/STATE/ZIP Chicago, IL 60661 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6196077 | TELEPHONE NUMBER 312-655-0200 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐