

```
                                            DEC 07 2007
                                        KC  F I L E D
        IN THE UNITED STATES DISTRICT COURT   DEC 07 2007
    FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
                                            MICHAEL W. DOBBINS
                                         CLERK, U.S. DISTRICT COURT
```

| | |
|---|---|
| JOSEPH S. BEALE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -v- ) | Case No.: |
| ) | |
| REVOLUTION PORTFOLIO, LLC and ) | 07CV6909 |
| SECURITY LIFE OF DENVER ) | JUDGE KOCORAS |
| INSURANCE COMPANY, d/b/a ING, ) | MAGISTRATE JUDGE VALDEZ |
| ) | |
| Defendants ) | |

### NOTICE OF FILING

TO:  Monte L. Mann                    Christopher B. Lega
     Richard G. Douglass              RIEMER & BRAUNSTEIN LLP
     NOVACK AND MACEY LLP             Three Center Plaza 6th Floor
     100 North Riverside Plaza        Boston, MA 02108
     Chicago, IL 60606

**PLEASE TAKE NOTICE THAT**, on December 7, 2007, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the **Appearance of Thomas B. Keegan and Edward W. Gleason on behalf of SECURITY LIFE OF DENVER INSURANCE COMPANY**, copies of which are attached hereto and served upon you herewith.

Dated: December 7, 2007                Respectfully submitted,

                                       **SECURITY LIFE OF DENVER**
                                       **INSURANCE COMPANY**

                                       By: _____
                                               One of Defendant's Attorneys

                                       Thomas B. Keegan
                                       Edward W. Gleason
                                       KEEGAN, LATERZA,
                                       LOFGREN & GLEASON, L.L.C.
                                       566 West Adams Street, Suite 750
                                       Chicago, IL 60661
                                       Tel: (312) 655-0200

## CERTIFICATE OF SERVICE

I, Thomas B. Keegan, an attorney, on oath hereby certify that I caused copies of the foregoing **Appearance of Thomas B. Keegan and Edward W. Gleason on behalf of SECURITY LIFE OF DENVER INSURANCE COMPANY**, to be served via United States Mail upon:

| | |
|---|---|
| Monte L. Mann<br>Richard G. Douglass<br>NOVACK AND MACEY LLP<br>100 North Riverside Plaza<br>Chicago, IL 60606 | Christopher B. Lega<br>RIEMER & BRAUNSTEIN LLP<br>Three Center Plaza 6th Floor<br>Boston, MA 02108 |

by causing a copy of same to be placed in the U.S. mail receptacle located at 566 West Adams Street, Chicago, Illinois with proper postage prepaid at or before 5:00 p.m. on this 7th day of December, 2007.

_____
Thomas B. Keegan

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

JOSEPH S. BEALE, Plaintiff,
v.
REVOLUTION, LLC and SECURITY LIFE OF DENVER INSURANCE COMPANY, d/b/a ING, Defendants.

Case Number:

F I L E D
DEC 07 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

SECURITY LIFE OF DENVER INSURANCE COMPANY

07CV6909
JUDGE KOCORAS
MAGISTRATE JUDGE VALDEZ

| | |
|---|---|
| NAME (Type or print) <br> Edward W. Gleason | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> /s/ Edward W. Gleason | |
| FIRM <br> KEEGAN, LATERZA, LOFGREN & GLEASON, L.L.C. | |
| STREET ADDRESS <br> 566 West Adams Street, Suite 750 | |
| CITY/STATE/ZIP <br> Chicago, IL 60661 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6204438 | TELEPHONE NUMBER <br> 312-655-0200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |