UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEPH S. BEALE,<br><br>PLAINTIFF<br><br>v.<br><br>REVOLUTION PORTFOLIO, LLC; and<br>SECURITY LIFE OF DENVER<br>INSURANCE COMPANY,<br><br>DEFENDANTS. | CASE NO. 07-06909<br><br>Judge Kocoras<br>Magistrate Judge Valdez |

## CORPORATE OWNERSHIP STATEMENT
## FOR REVOLUTION PORTFOLIO, LLC

In accordance with Fed.R.Civ.P. 7.1(a), Defendant REVOLUTION Portfolio, LLC ("REVOLUTION") states that it has no parent corporation and that there is no publicly held company that owns ten percent (10%) or more of any REVOLUTION's membership interests.

                                              Respectfully Submitted,
                                              REVOLUTION PORTFOLIO, LLC

                                          By: /s/ *Matthew P. Connelly*
                                              One of its attorneys

Matthew P. Connelly
ARDC No. 6229052
Garrett C. Carter
Connelly Roberts & McGivney LLC
55 W. Monroe St., Ste. 1700
Chicago, IL 60603
(312) 251-9600 Telephone
(312( 251-9601 Facsimile

Christopher B. Lega
ARDC No. 6276619
Riemer & Braunstein LLP
Three Center Plaza
Boston, Massachusetts
(617) 523-9000 Telephone
(617) 880-3456 Facsimile

## CERTIFICATE OF SERVICE

The undersigned hereby certify that on December 14, 2007, a true copy of the **Corporate Disclosure Statement** was served upon the attorney of record for each other party via the ECF Filing System.

By: /s/ *Matthew P. Connelly*