# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In the Matter of<br>JOSEPH S. BEALE,<br><br>           PLAINTIFF<br>v.<br><br>REVOLUTION PORTFOLIO, LLC; and<br>SECURITY LIFE OF DENVER INSURANCE<br>COMPANY,<br><br>           DEFENDANTS. | CASE NO. 07-06909<br><br>Judge Kocoras<br>Magistrate Judge Valdez |

**APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:**

_____REVOLUTION PORTFOLIO, LLC_____

| (A) | (B) |
|---|---|
| SIGNATURE  s/Matthew P. Connelly | SIGNATURE  s/Garrett C. Carter |
| NAME  Matthew P. Connelly | NAME  Garrett C. Carter |
| FIRM  Connelly Roberts & McGivney LLC | FIRM  Connelly Roberts & McGivney LLC |
| STREET ADDRESS  55 W. Monroe Street, Suite 1700 | STREET ADDRESS  55 W. Monroe Street, Suite 1700 |
| CITY/STATE/ZIP  Chicago, Illinois 60603 | CITY/STATE/ZIP  Chicago, Illinois 60603 |
| TELEPHONE NUMBER  312/251-9600   FAX NUMBER  312/251-9601 | TELEPHONE NUMBER  312/251-9600   FAX NUMBER  312/251-9601 |
| E-MAIL ADDRESS  mpconnelly@crmlaw.com | E-MAIL ADDRESS  gcarter@crmlaw.com |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE)  6229052 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE)  6281139 |
| MEMBER OF TRIAL BAR?   YES ☐   NO XX | MEMBER OF TRIAL BAR?   YES ☐   NO XX |
| TRIAL ATTORNEY?   YES ☐   NO XX | TRIAL ATTORNEY?   YES ☐   NO XX |
| DESIGNATED AS LOCAL COUNSEL?   YES ☐   NO XX | DESIGNATED AS LOCAL COUNSEL?   YES ☐   NO XX |
| (C) | (D) |
| SIGNATURE | SIGNATURE |
| NAME | NAME |
| FIRM | FIRM |
| STREET ADDRESS | STREET ADDRESS |
| CITY/STATE/ZIP | CITY/STATE/ZIP |
| TELEPHONE NUMBER   FAX NUMBER | TELEPHONE NUMBER   FAX NUMBER |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR?   YES ☐   NO ☐ | MEMBER OF TRIAL BAR?   YES ☐   NO ☐ |
| TRIAL ATTORNEY?   YES ☐   NO ☐ | TRIAL ATTORNEY?   YES ☐   NO ☐ |
| DESIGNATED AS LOCAL COUNSEL?   YES ☐   NO ☐ | DESIGNATED AS LOCAL COUNSEL?   YES ☐   NO ☐ |