UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEPH S. BEALE,<br><br>PLAINTIFF<br><br>v.<br><br>REVOLUTION PORTFOLIO, LLC; and<br>SECURITY LIFE OF DENVER INSURANCE<br>COMPANY,<br><br>DEFENDANTS. | CASE NO. 07-06909<br><br>Judge Kocoras<br>Magistrate Judge Valdez |

## NOTICE OF FILING

To: **Richard George Douglass**
**Monte Loren Mann**
Novack and Macey LLP
100 N. Riverside Plaza
Chicago, IL 60606
rdouglass@novackandmacey.com
mmann@novackandmacey.com

**Edward William Gleason**
**Thomas Bernard Keegan**
Keegan, Laterza, Lofgren & Gleason, L.L.C.
566 West Adams Street, Suite 750
Chicago, IL 60661
egleason@kllglaw.com
tkeegan@kllglaw.com

**Christopher Bert Lega**
Riemer & Braunstein LLP
Three Center Plaza, 6th Floor
Boston, MA 02108
clega@riemerlaw.com

   PLEASE TAKE NOTICE that on December 14, 2007, we filed with the Clerk of Court of the United States District Court, Northern District of Illinois, the attached Appearance, the Answer, Affirmative Defenses and Counterclaim of REVOLUTION Portfolio, LLC, and the Corporate Ownership Statement for REVOLUTION Portfolio LLC, a copy of which is served upon you.

                              Respectfully Submitted,
                              REVOLUTION PORTFOLIO, LLC
                              By: /s/ *Matthew P. Connelly*
                                 One of its attorneys

Matthew P. Connelly
ARDC No. 6229052
Connelly Roberts & McGivney LLC
55 W. Monroe St., Ste. 1700
Chicago, IL 60603

Christopher B. Lega
ARDC No. 6276619
Riemer & Braunstein LLP
Three Center Plaza
Boston, MA