**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

JOSEPH S. BEALE,

        PLAINTIFF

v.

REVOLUTION PORTFOLIO, LLC; and
SECURITY LIFE OF DENVER
INSURANCE COMPANY,

        DEFENDANTS.

CASE NO. 07-06909

JUDGE Kocoras
MAGISTRATE Judge Valdez

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 4, 2008, Revolution Portfolio, LLC's Response to Plaintiff's First Request for Production of Documents was served on all attorneys of record by mailing a true and correct copy in a properly addressed, sealed envelope with appropriate postage affixed and depositing same in the U.S. Mail at 55 W. Monroe, Chicago, Illinois 60603, before 5:00 p.m.

Respectfully Submitted,
REVOLUTION PORTFOLIO, LLC

By: */s/ Matthew P. Connelly*
      One of its attorneys

Matthew P. Connelly
ARDC No. 6229052
Garrett C. Carter
Connelly Roberts & McGivney LLC
55 W. Monroe St., Ste. 1700
Chicago, IL 60603
(312) 251-9600

Christopher B. Lega
ARDC No. 6276619
Riemer & Braunstein LLP
Three Center Plaza
Boston, Massachusetts
(617) 523-9000

1