UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEPH S. BEALE,<br><br>PLAINTIFF<br><br>v.<br><br>REVOLUTION PORTFOLIO, LLC; and<br>SECURITY LIFE OF DENVER<br>INSURANCE COMPANY,<br><br>DEFENDANTS. | CASE NO. 07-06909<br><br>JUDGE Kocoras<br>MAGISTRATE Judge Valdez |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 29, 2008, Revolution Portfolio, LLC's Response to Plaintiff's First Set of Interrogatories was served on all attorneys of record by facsimile.

                                                  Respectfully Submitted,
                                                  REVOLUTION PORTFOLIO, LLC

                                                  By:  /s/ *Matthew P. Connelly*
                                                        One of its attorneys

Matthew P. Connelly
ARDC No. 6229052
Garrett C. Carter
Connelly Roberts & McGivney LLC
55 W. Monroe St., Ste. 1700
Chicago, IL 60603
(312) 251-9600

Christopher B. Lega
ARDC No. 6276619
Riemer & Braunstein LLP
Three Center Plaza
Boston, Massachusetts
(617) 523-9000