**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JOSEPH S. BEALE, | ) | |
| | ) | Case No. 07 CV 6909 |
| Plaintiff, | ) | |
| | ) | Judge Kocoras |
| v. | ) | |
| | ) | Magistrate Judge Valdez |
| REVOLUTION PORTFOLIO, LLC, and | ) | |
| SECURITY LIFE OF DENVER | ) | |
| INSURANCE COMPANY d/b/a/ ING, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | ) | |
| REVOLUTION PORTFOLIO, LLC, | ) | |
| | ) | |
| Counter-Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JOSEPH S. BEALE, | ) | |
| | ) | |
| Counter-Defendant. | ) | |

**NOTICE OF MOTION**

| | | | |
|---|---|---|---|
| To: | Matthew P. Connelly | Christopher B. Lega | Thomas B. Keegan |
| | Garrett C. Carter | Reimer & Braunstein, LLP | Edward Gleason |
| | Connelly, Roberts | Three Center Plaza | Keegan, Laterza, |
| | & McGivney, LLC | 6th Floor | Lofgren & Gleason. LLC |
| | 55 W. Monroe St. | Boston, MA 02108 | 566 W. Adams St. |
| | Suite 1700 | | Suite 750 |
| | Chicago, IL 60603 | | Chicago, IL 60661 |

**PLEASE TAKE NOTICE** that on May 6, 2008 at 9:30 a.m., or as soon thereafter as counsel

may be heard, we shall appear before the Honorable Charles P. Kocoras, or any judge sitting in his

stead, in the United States District Court for the Northern District of Illinois, Room 1725, Chicago,

Illinois, and then and there present Plaintiff's Motion to Extend Fact-Discovery Deadline, a copy of

which is served upon you herewith.

Respectfully submitted,

JOSEPH S. BEALE


By:    /s/ Monte L. Mann
          One of His Attorneys

Monte L. Mann
Richard G. Douglass
NOVACK AND MACEY LLP
100 N. Riverside Plaza
Chicago, Illinois 60606
(312) 419-6900
Firm No. 91731
Doc. #: 215762

## **CERTIFICATE OF SERVICE**

Monte L. Mann, an attorney, hereby certifies that, on April 21, 2008, he caused a true and correct copy of the foregoing *Notice of Motion* to be filed electronically with the Court's CM/ECF system, and that notice of this filing was sent by electronic mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to receive electronic filings as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.



/s/ Monte L. Mann
Monte L. Mann