## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| JOSEPH S. BEALE, ) | |
| ) | Case No. 07 CV 6909 |
| Plaintiff, ) | |
| ) | Judge Kocoras |
| v. ) | |
| ) | Magistrate Judge Valdez |
| REVOLUTION PORTFOLIO, LLC, and ) | |
| SECURITY LIFE OF DENVER ) | |
| INSURANCE COMPANY d/b/a/ ING, ) | |
| ) | |
| Defendants. ) | |
| _____) | |
| ) | |
| REVOLUTION PORTFOLIO, LLC, ) | |
| ) | |
| Counter-Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JOSEPH S. BEALE, ) | |
| ) | |
| Counter-Defendant. ) | |

## NOTICE OF MOTION

To:   Matthew P. Connelly          Christopher B. Lega           Thomas B. Keegan
     Garrett C. Carter             Reimer & Braunstein, LLP     Edward Gleason
     Connelly, Roberts             Three Center Plaza           Keegan, Laterza,
      & McGivney, LLC              6th Floor                     Lofgren & Gleason. LLC
     55 W. Monroe St.              Boston, MA 02108             566 W. Adams St.
     Suite 1700                                                 Suite 750
     Chicago, IL 60603                                          Chicago, IL 60661

**PLEASE TAKE NOTICE** that on May 6, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Charles P. Kocoras, or any judge sitting in his stead, in the United States District Court for the Northern District of Illinois, Room 1725, Chicago,

Illinois, and then and there present Plaintiff's Motion for Leave to File Amended Affirmative Defenses, a copy of which is served upon you herewith.

        Respectfully submitted,

        JOSEPH S. BEALE

        By:  /s/ Monte L. Mann
            One of His Attorneys

Monte L. Mann
Richard G. Douglass
NOVACK AND MACEY LLP
100 N. Riverside Plaza
Chicago, Illinois 60606
(312) 419-6900
Firm No. 91731
Doc. #: 215762

**CERTIFICATE OF SERVICE**

Monte L. Mann, an attorney, hereby certifies that, on April 25, 2008, he caused a true and correct copy of the foregoing *Notice of Motion* to be filed electronically with the Court's CM/ECF system, and that notice of this filing was sent by electronic mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to receive electronic filings as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.



/s/ Monte L. Mann
Monte L. Mann