UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEPH S. BEALE,<br><br>   PLAINTIFF<br><br>v.<br><br>REVOLUTION PORTFOLIO, LLC; and<br>SECURITY LIFE OF DENVER<br>INSURANCE COMPANY,<br><br>   DEFENDANTS. | CASE NO. 07-06909<br><br>Judge Kocoras<br>Magistrate Judge Valdez |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO VARIOUS MOTIONS**

Defendant REVOLUTION Portfolio, LLC, by and through its attorneys, Connelly Roberts & McGivney, LLC, for its Motion for Extension of Time to Respond to Various Motions, states:

1. April 21, 2008, Plaintiff Joseph Beale ("Beale") filed five separate discovery related motions: 1) a Motion for Entry of a Protective Order, 2) a Motion to Strike Evasive Answers to Requests to Admit and Deem Requests Admitted, 3) a Motion to Compel, 4) a Motion to Quash Subpoenas, and 5) a Motion for Extension of Time to Complete Discovery.

2. These motions are noticed to be heard on May 6, 2008.

3. REVOLUTION intends to file responses to these motions. Unfortunately, REVOLUTION's counsel, Matthew P. Connelly and Garrett C. Carter, are preparing for a trial in the DuPage County Circuit Court captioned *Comdata Network Inc. v. Unilever Bestfoods*, Case No. 04L738 which is also scheduled to commence on May 6, 2008 and is expected to last three days. REVOLUTION will therefore be unable to respond to the Motions prior to the May 6th hearing.

4. As such, REVOLUTION requests an extension of time up until May 13, 2008, to reply to Plaintiff's various motions. REVOLUTION does not make this motion for purposes of delay.

WHEREFORE, REVOLUTION Portfolio, LLC respectfully requests this court enter an order granting REVOLUTION an extension until May 13, 2008, to reply to Plaintiff's motions.

Dated: May 1, 2008                                     Respectfully Submitted,

                                                              REVOLUTION PORTFOLIO, LLC

                                                              By: /s/ *Matthew P. Connelly*
                                                                   One of its attorneys

Matthew P. Connelly
ARDC No. 6229052
Connelly Roberts & McGivney LLC
55 W. Monroe St., Ste. 1700
Chicago, IL 60603
(312) 251-9600 Telephone
(312) 251-9601 Facsimile

Christopher B. Lega
Riemer & Braunstein LLP
Three Center Plaza
Boston, Massachusetts
(617) 523-9000 Telephone
(617) 880-3456 Facsimile

## CERTIFICATE OF SERVICE

     The undersigned hereby certify that on May 1, 2008, a true copy of the attached document was served upon the attorneys of record for each other party via the ECF Filing System.

By: /s/ *Matthew P. Connelly*