**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

JOSEPH S. BEALE,

        PLAINTIFF

v.

REVOLUTION PORTFOLIO, LLC; and
SECURITY LIFE OF DENVER
INSURANCE COMPANY,

        DEFENDANTS.

CASE NO. 07-06909

Judge Kocoras
Magistrate Judge Valdez

**NOTICE OF MOTION**

TO:    Richard George Douglass        Thomas B. Keegan
        Monte Loren Mann              Edward Gleason
        Novack and Macey LLP        Keegan Laterza, Lofgren & Gleason LLC
        100 N. Riverside Plaza        566 West Adams Street, Suite 750
        Chicago, Illinois  60606        Chicago, Illinois  60661

PLEASE TAKE NOTICE that on May 6, 2008 at 9:30 a.m., we shall appear before the Honorable Judge Korcoras or any judge sitting in his stead, in Courtroom 1725 at the Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois and shall present **Motion for Extension of Time to Respond to Various Motions,** a copy of which is served upon you herewith.

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, states that the aforementioned document was served upon the above listed names as addressed, by mail at Chicago, Illinois 60603, on the date of filing, before 5:00 p.m.

        Respectfully submitted,
        Revolution Portfolio, LLC

        By:    /s/ *Matthew P. Connelly*
              One of their attorneys

Matthew P. Connelly, #6229052
Garrett Carter
Connelly Roberts & McGivney LLC
55 W. Monroe Street, Suite 1700
Chicago, Illinois 60603
Tele:  312/251-9600