**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Joseph S Beale
                                 Plaintiff,

v.                                                                    Case No.: 1:07−cv−06909
                                                                      Honorable Charles P. Kocoras

Revolution Portfolio, LLC, et al.
                                   Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 6, 2008:

      MINUTE entry before Judge Charles P. Kocoras:Motion hearing held on 5/6/2008. Plaintiff's motion [32] to extend fact discovery deadline is granted. All fact discovery to be completed by 7/30/2008. Status hearing is reset from 6/5/2008 to 7/30/2008 at 9:30 a.m. before Judge Kocoras. All other pending motions [24] [26] [28] [30] [34] [36], as well as discovery supervision are referred to Magistrate Judge Valdez. Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.