UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEPH S. BEALE, ) | |
| ) | Case No. 07 CV 6909 |
| Plaintiff, ) | |
| ) | Judge Kocoras |
| v. ) | |
| ) | Magistrate Judge Valdez |
| REVOLUTION PORTFOLIO, LLC, and ) | |
| SECURITY LIFE OF DENVER ) | |
| INSURANCE COMPANY d/b/a/ ING, ) | |
| ) | |
| Defendants. ) | |
| _____) | |
| ) | |
| REVOLUTION PORTFOLIO, LLC, ) | |
| ) | |
| Counter-Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JOSEPH S. BEALE, ) | |
| ) | |
| Counter-Defendant. ) | |

## NOTICE OF MOTIONS

To:  Matthew P. Connelly            Christopher B. Lega            Thomas B. Keegan
     Garrett C. Carter              Reimer & Braunstein, LLP       Edward Gleason
     Connelly, Roberts              Three Center Plaza             Keegan, Laterza,
       & McGivney, LLC              6th Floor                        Lofgren & Gleason. LLC
     55 W. Monroe St.               Boston, MA 02108               566 W. Adams St.
     Suite 1700                                                    Suite 750
     Chicago, IL 60603                                             Chicago, IL 60661

**PLEASE TAKE NOTICE** that on May 15, 2008 at 9:45 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Maria Valdez, or any judge sitting in her stead, in the United States District Court for the Northern District of Illinois, Room 1300,

Chicago, Illinois, and then and there present the following Motions, copies of which were previously served upon you:

- Motion for Entry of Protective Order

- Motion to Quash Subpoenas

- Motion to Strike Evasive Answers to Requests to Admit and to Deem Requests Admitted

- Motion to Compel

- Motion for Leave to File Amended Affirmative Defenses

Respectfully submitted,

JOSEPH S. BEALE

By: /s/ Monte L. Mann
 One of His Attorneys

Monte L. Mann
Richard G. Douglass
NOVACK AND MACEY LLP
100 N. Riverside Plaza
Chicago, Illinois 60606
(312) 419-6900
Firm No. 91731

Doc. #: 217807

## **CERTIFICATE OF SERVICE**

Monte L. Mann, an attorney, hereby certifies that, on May 8, 2008, he caused a true and correct copy of the foregoing *Notice of Motions* to be filed electronically with the Court's CM/ECF system, and that notice of this filing was sent by electronic mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to receive electronic filings as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.



　　　　　　　　　　　　　　　　　　　　/s/ Monte L. Mann
　　　　　　　　　　　　　　　　　　　　Monte L. Mann