UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEPH S. BEALE,<br>          PLAINTIFF<br><br>v.<br><br>REVOLUTION PORTFOLIO, LLC; and<br>SECURITY LIFE OF DENVER INSURANCE<br>COMPANY,<br><br>          DEFENDANTS. | CASE NO. 07-06909<br><br>Judge Kocoras<br>Magistrate Judge Valdez |

## NOTICE OF FILING

To:   **Richard George Douglass**           **Edward William Gleason**
      **Monte Loren Mann**                  **Thomas Bernard Keegan**
      Novack and Macey LLP                  Keegan, Laterza, Lofgren & Gleason, L.L.C.
      100 N. Riverside Plaza                566 West Adams Street, Suite 750
      Chicago, IL 60606                     Chicago, IL 60661
      rdouglass@novackandmacey.com          egleason@kllglaw.com
      mmann@novackandmacey.com              tkeegan@kllglaw.com

**PLEASE TAKE NOTICE** that on May 13, 2008, we filed with the Clerk of Court of the United States District Court, Northern District of Illinois, Defendant Revolution Portfolio, LLC's Response to Plaintiff's Motion for Entry of Protective Order, Defendant's Response to Plaintiff's Motion to Quash, and Defendant's Response to Plaintiff's Motion to Strike Evasive Answers to Requests to Admit and to Deem Requests Admitted.

                                          Respectfully Submitted,
                                          REVOLUTION PORTFOLIO, LLC

                                          By: /s/ *Matthew P. Connelly*
                                               One of its attorneys

Matthew P. Connelly
ARDC No. 6229052
Connelly Roberts & McGivney LLC
55 W. Monroe St., Ste. 1700
Chicago, IL 60603

Christopher B. Lega
ARDC No. 6276619
Riemer & Braunstein LLP
Three Center Plaza
Boston, MA