**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Joseph S Beale
                                          Plaintiff,

v.                                                                        Case No.: 1:07−cv−06909
                                                                          Honorable Charles P. Kocoras

Revolution Portfolio, LLC, et al.
                                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 15, 2008:

      MINUTE entry before the Honorable Maria Valdez: Motion hearing held on 5/15/08. Plaintiff's Motion to Compel [30] is granted. Defendant shall respond no later than 5/22/08. Counter Defendant Joseph S Beale's Motion to Amend/correct [34] is granted. Defendant Revolution Portfolio, LLC's Motion for Extension of Time to Respond to Various Motions [36] is granted. Plaintiff's Motion for Protective Order [24]; Plaintiff's Motion to Quash [26]; Plaintiff's Motion to Strike [28] are entered and continued to 5/22/08 at 9:45 a.m. Plaintiff shall file their reply to the pending motions by no later than 5/19/08. Mailed notice(yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.