**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Joseph S Beale
                        Plaintiff,

v.                                                 Case No.: 1:07−cv−06909
                                                 Honorable Charles P. Kocoras

Revolution Portfolio, LLC, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 22, 2008:

      MINUTE entry before the Honorable Maria Valdez: Motion hearing held on 5/22/08. Plaintiff's motion for protective order [24] is granted. Plaintiff shall submit the draft protective order with modification as outlined in open court no later than 5/30/08. Plaintiff's motion to quash [26] is granted in part and denied in part as stated in open court. Plaintiff's motion to strike [28] is taken under advisement. Court will rule by mail. Mailed notice(yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.