## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Joseph S Beale

                              Plaintiff,

v.                                                    Case No.: 1:07−cv−06909
                                                      Honorable Charles P. Kocoras

Revolution Portfolio, LLC, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 11, 2008:

        MINUTE entry before the Honorable Charles P. Kocoras:Motion hearing held on 6/11/2008. Plaintiff's motion [48] for leave to file First Amended Complaint (Doc 48−2) is granted. The Court strikes the 7/30/2008 discovery cut−off date. As discussed in open court, this action is stayed against defendant Security Life of Denver Insurance Company other than legitimate discovery requests. Status hearing set for 7/30/2008 at 9:30 a.m. before Judge Kocoras to stand. Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.