**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JOSEPH S. BEALE,<br>   PLAINTIFF<br><br>v.<br><br>REVOLUTION PORTFOLIO, LLC; and<br>SECURITY LIFE OF DENVER INSURANCE<br>COMPANY,<br><br>   DEFENDANTS. | CASE NO. 07-06909<br><br>Judge Kocoras<br>Magistrate Judge Valdez |

## NOTICE OF FILING

To: **Richard George Douglass**    **Edward William Gleason**
   **Monte Loren Mann**      **Thomas Bernard Keegan**
   Novack and Macey LLP     Keegan, Laterza, Lofgren & Gleason, L.L.C.
   100 N. Riverside Plaza      566 West Adams Street, Suite 750
   Chicago, IL 60606       Chicago, IL 60661
   rdouglass@novackandmacey.com  egleason@kllglaw.com
   mmann@novackandmacey.com   tkeegan@kllglaw.com

   **PLEASE TAKE NOTICE** that on July 1, 2008, we filed with the Clerk of Court of the United States District Court, Northern District of Illinois, Defendant Revolution Portfolio, LLC's Answer and Affirmative Defenses to Plaintiff's First Amended Complaint.

                Respectfully Submitted,
                REVOLUTION PORTFOLIO, LLC

                By: /s/ *Garrett C. Carter*
                  One of its attorneys

Matthew P. Connelly
ARDC No. 6229052
Connelly Roberts & McGivney LLC
55 W. Monroe St., Ste. 1700
Chicago, IL 60603

Christopher B. Lega
ARDC No. 6276619
Riemer & Braunstein LLP
Three Center Plaza
Boston, MA

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certify that on July 1, 2008, a true copy of the foregoing document was served upon the attorney of record for each other party via the ECF Filing System.

Monte Loren Mann
Richard George Douglass
Novack and Macey LLP
100 N. Riverside Plaza
Chicago, Illinois  60606

Thomas B Keegan
Edward W. Gleason
Keegan, Laterza, Loggren & Gleason
566 West Adams Street, Suite 750
Chicago, Illinois 60661

                                                s/Garrett C. Carter
                                                  Garrett C. Carter