UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEPH S. BEALE,                                )<br>                                                          )<br>           Plaintiff,                                   )<br>                                                          )<br> v.                                                       )<br>                                                          )<br>REVOLUTION PORTFOLIO, LLC,     )<br>SECURITY LIFE OF DENVER          )<br>INSURANCE COMPANY d/b/a ING, )<br>ARKIN YOUNGENTOB ASSOCIATES,)<br>LLC and STUART YOUNGENTOB,    )<br>                                                          )<br>           Defendants,                              )<br>                                                          )<br>REVOLUTION PORTFOLIO, LLC,     )<br>                                                          )<br>           Counter Plaintiff,                      )<br>                                                          )<br> v.                                                       )<br>                                                          )<br>JOSEPH S. BEALE,                                )<br>                                                          )<br>           Counter Defendant.                  )  | Case No. 07 CV 6909<br><br>Judge Kocoras<br><br>Magistrate Judge Valdez |

## NOTICE OF MOTION

To:    See Attached Service List

**PLEASE TAKE NOTICE** that on July 22, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Charles P. Kocoras, or any judge sitting in his stead, in the United States District Court for the Northern District of Illinois, Room 1725, Chicago, Illinois, and then and there present the Unopposed Motion of Arkin Youngentob Associates, LLC and Stuart Youngentob for Extension of Time to Respond or Otherwise Plead to Plaintiff's First Amended Complaint, a copy of which is served upon you herewith.

-1-

                          Respectfully submitted,
                          Arkin Youngentob Associates, LLC
                          and Stuart Youngentob,


By:       /s/ Martin Q. Ryan
              One of the Attorneys for
              Arkin Youngentob Associates, LLC
              and Stuart Youngentob,


Martin Q. Ryan
David A. Baugh
Baugh, Carlson & Ryan LLC
55 W. Monroe St., Suite 600
Chicago, Illinois 60603
312/759-1400

**SERVICE LIST**

Monte L. Mann
Richard G. Douglass
Novack and Macey, LLP
100 N. Riverside Plaza
Chicago, IL 60606


Christopher B. Lega
Riemer & Braunstein, LLP
 Three Center Plaza., 6th Floor
Boston, MA 02108


Matthew P.  Connelly
Garrett C. Carter
Connelly, Roberts & McGivney, LLC
55 W. Monroe St., Suite 1700
Chicago, IL 60603


Thomas B. Keegan
Edward W. Gleason
Keegan, Laterza, Lofgren & Gleason, LLC
566 W. Adams Street., Suite 750
Chicago, IL 60661

## Certificate of Service

Martin Q. Ryan, an attorney, hereby certifies that, on July 3, 2008, he caused a true and correct copy of the foregoing NOTICE OF *UNOPPOSED MOTION OF ARKIN YOUNGENTOB ASSOCIATES, LLC AND STUART YOUNGENTOB FOR EXTENSION OF TIME TO RESPOND OR OTHERWISE PLEAD TO PLAINTIFF'S FIRST AMENDED COMPLAINT* to be filed electronically with the Court's CM/ECF system, and that notice of this filing was sent by electronic mail to all parties listed on the attached Service List by operation of the Court's electronic filing system or by mail to anyone unable to receive electronic filings as indicated in the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

/s/ Martin Q. Ryan
Martin Q. Ryan