UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Joseph S Beale
                       Plaintiff,

v.                                                 Case No.: 1:07−cv−06909
                                                          Honorable Charles P. Kocoras

Revolution Portfolio, LLC, et al.
                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 21, 2008:

      MINUTE entry before the Honorable Charles P. Kocoras:Unopposed motion of Arkin Youngentob Associates and Stuart Youngentob for an extension of time to 8/1/2008 to answer or otherwise plead is granted. Hearing on said motion, set for 7/22/2008, is stricken. Status hearing is reset from 7/30/2008 to 8/19/2008 at 9:30 a.m. Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.