# Exhibit B

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

JOSEPH S. BEALE,

CASE NUMBER: 07 CV 6909

V.

ASSIGNED JUDGE: Kocoras

REVOLUTION PORTFOLIO, LLC, SECURITY LIFE OF DENVER INSURANE COMPANY d/b/a ING, ARKIN YOUNGENTOB ASSOCIATES, LLC and STUART YOUNGENTOB.

DESIGNATED MAGISTRATE JUDGE: Valdez

TO: (Name and address of Defendant)

ARKIN YOUNGENTOB ASSOCIATES, LLC
7200 Wisconsin Ave., Suite 1025
Bethesda, MD 20814

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Monte L. Mann
Richard G. Douglass
Novack and Macey LLP
100 N. Riverside Plaza
Chicago, Illinois 60606

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

JUN 1 1 2008

DATE

## AFFIDAVIT OF SERVICE

State of Illinois          County of          United States District Court Court

Case Number: 07 CV 6909

Plaintiff:
Joseph S. Beale

vs.

Defendant:
Revolution Portfolio, LLC.

For:
Sharon Zeman
ESQUIRE DEPOSITION SERVICES, LLC.
311 W. Monroe Street
12th Floor
Chicago, IL 60606

Received by PRIORITY PROCESS to be served on STUART YOUNGENTOB AT ARKIN YOUNGENTOB ASSOCIATES, LLC., 7200 WISCONSIN AVENUE, BETHESDA, MD 20814.

I, Tom Chedester, being duly sworn, depose and say that on the 18th day of June, 2008 at 6:00 pm, I:

**Substitute Served** by leaving a true copy of this **A SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, at the within named person's usual place of abode, to a person residing therein who is of suitable age and discretion and stated that he/she resides at the service address with the named defendant to wit: BONNIE YOUNGENTOB - DEF. WIFE/RESIDENT and informing said person of the contents thereof.

Description of Person Served: Age: 44, Sex: F, Race/Skin Color: White, Height: 5'6, Weight: 145, Hair: Blonde, Glasses: N

Under penalty of perjury, I certify that the above made statements are true. I am over the age of 18, under no legal disabilities and have no interest in the above action.

MICHAEL DAIGNEAULT
Notary Public, State of Maryland
County of Montgomery
My Commission Expires October 18, 2011

Subscribed and sworn to before me on the 1st day of July, 2008 by the affiant who is personally known to me.

Notary Public

Tom Chedester
Process Server

PRIORITY PROCESS
P.O. Box 4189
Rockville, MD 20849-4189
(800) 420-8080

Our Job Serial Number: 2008006798

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V6.2w