# Exhibit C

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEPH S. BEALE,<br><br>    Plaintiff,<br><br>v.<br><br>REVOLUTION PORTFOLIO, LLC,<br>SECURITY LIFE OF DENVER<br>INSURANCE COMPANY d/b/a ING,<br>ARKIN YOUNGENTOB ASSOCIATES,<br>LLC and STUART YOUNGENTOB,<br><br>    Defendants.<br><br>REVOLUTION PORTFOLIO, LLC,<br><br>    Counter-Plaintiff,<br><br>v.<br><br>JOSEPH S. BEALE,<br><br>    Counter-Defendant. | Case No. 07 CV 6909<br><br>Judge Kocoras<br><br>Magistrate Judge Valdez |

### AFFIDAVIT OF BONNIE YOUNGENTOB IN SUPPORT OF MOTION TO QUASH SERVICE OF SUMMONS

NOW COMES your affiant, Bonnie Youngentob, after first being duly sworn on oath, and states that she is an adult, fully competent, and, if called upon to testify would testify to the following facts based upon personal knowledge:

1. My name is Bonnie Youngentob and I am married to Stuart Youngentob.

2. I am a resident of and domiciled in the State of Maryland.

3. I have resided in and been domiciled in the State of Maryland for a period in excess of one (1) year prior to August 1, 2008.

4. I currently reside with my husband, Stuart Youngentob, at 11710 Slatestone Court, Potomac, Maryland 20854 and have resided at this address for a period in excess of one (1) year prior to August 1, 2008.

1

5. I was never personally served with summons and complaint naming my husband, Stuart Youngentob, in this proceeding at 11710 Slatestone Court, Potomac, Maryland, nor at any other location.

6. I do not reside at 7200 Wisconsin Avenue, Suite 1025, Bethesda, Maryland 20814 and this location is not my place of abode.

7. I am not presently, nor was ever, a director, officer or registered agent of Arkin Youngentob Associates, LLC.

8. I am not presently, nor was ever, employed by Arkin Youngentob Associates, LLC.

9. I am not presently, nor was ever, authorized to receive service of summons on behalf of Arkin Youngentob Associates, LLC.

10. I am not the registered agent of Arkin Youngentob Associates, LLC.

11. On or about June 18, 2008, at 8:00 p.m., I received the attached summons and complaint naming Arkin Youngentob Associates, LLC as a party to this proceeding. (See Exhibit 1).

12. I did not receive the attached summons and complaint naming Arkin Youngentob Associates, LLC at 7200 Wisconsin Avenue, Suite 1025, Bethesda, Maryland 20814.

13. The attached Exhibit 1 naming Arkin Youngentob Associates, LLC as a party to this proceeding is the only summons and complaint which I have received.

14. I was never served with a summons and complaint naming my husband, Stuart Youngentob, as a party to this proceeding on or about June 18, 2008 or on any other date.

15. I never received by regular mail or certified mail a summons and complaint naming my husband, Stuart Youngentob, in this proceeding at 11710 Slatestone Court, Potomac, Maryland 20854 or at any other location.

2

Further Your Affiant Sayeth Not.

*Bonnie Youngentob*
Bonnie Youngentob

Subscribed and Sworn to before me
This 31st day of July, 2008.

*Lauren E Ely*
Notary Public
MY COMMISSION
EXPIRES 3/23/12

3

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

JOSEPH B. BEALE,

v.

REVOLUTION PORTFOLIO, LLC, SECURITY LIFE OF DENVER INSURANE COMPANY d/b/a ING, ARKIN YOUNGENTOB ASSOCIATES, LLC and STUART YOUNGENTOB,

CASE NUMBER: 07 CV 6909

ASSIGNED JUDGE: Kocoras

DESIGNATED MAGISTRATE JUDGE: Valdez

TO: (Name and address of Defendant)

ARKIN YOUNGENTOB ASSOCIATES, LLC
7200 Wisconsin Ave., Suite 1025
Bethesda, MD 20814

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Monte L. Mann
Richard G. Douglass
Novack and Macey LLP
100 N. Riverside Plaza
Chicago, Illinois 60606

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

JUN 11 2008

DATE

Exhibit 1

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                Date                       Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# Exhibit D

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEPH S. BEALE, | ) |
| Plaintiff, | ) |
| v. | ) |
| REVOLUTION PORTFOLIO, LLC, SECURITY LIFE OF DENVER INSURANCE COMPANY d/b/a ING, ARKIN YOUNGENTOB ASSOCIATES, LLC and STUART YOUNGENTOB, | ) Case No. 07 CV 6909<br>) Judge Kocoras<br>) Magistrate Judge Valdez |
| Defendants. | ) |
| REVOLUTION PORTFOLIO, LLC, | ) |
| Counter-Plaintiff, | ) |
| v. | ) |
| JOSEPH S. BEALE, | ) |
| Counter-Defendant. | ) |

### AFFADAVIT OF STUART YOUNGENTOB IN SUPPORT OF MOTION TO QUASH SERVICE OF SUMMONS

NOW COMES your affiant, Stuart Youngentob, after first being duly sworn on oath, and states that he is an adult, fully competent, and, if called upon to testify would testify to the following facts based upon personal knowledge:

1. My name is Stuart Youngentob and I have been named as a party in the above referenced proceeding.

2. I am a resident of and domiciled in the State of Maryland.

3. I have resided in and been domiciled in the State of Maryland for a period in excess of one (1) year prior to August 1, 2008.

4. I currently reside at 11710 Slatestone Court, Potomac, Maryland 20854 and have resided at this address for a period in excess of one (1) year prior to August 1, 2008.

1

5. I am married to Bonnie Youngentob who resides with me at the same address.

6. I am the Managing Member and the registered agent of Arkin Youngentob Associates, LLC.

7. I do not reside at 7200 Wisconsin Avenue, Suite 1025, Bethesda, Maryland 20814 and this location is not my usual place of abode.

8. Arkin Youngentob Associates, LLC has been named as a party in the above-referenced proceeding.

9. I never was personally served with summons and complaint in this proceeding at 11710 Slatestone Court, Potomac, Maryland, nor was I ever served at any other location.

10. My wife, Bonnie Youngentob, never was personally served with summons and complaint naming me in this proceeding at 11710 Slatestone Court, Potomac, Maryland, nor at any other location.

11. I have no knowledge that any other person was personally served with summons and complaint naming me in this proceeding either at 11710 Slatestone Court, Potomac, Maryland, or at any other location.

12. My wife, Bonnie Youngentob, is not presently, nor was ever, a director, officer or registered agent of Arkin Youngentob Associates, LLC.

13. My wife, Bonnie Youngentob, is not presently, nor was ever, employed by Arkin Youngentob Associates, LLC.

14. My wife, Bonnie Youngentob, is not presently, nor was ever, authorized to receive service of summons on behalf of Arkin Youngentob Associates, LLC.

15. I never received by regular mail or certified mail summons and complaint naming me in this proceeding at 11710 Slatestone Court, Potomac, Maryland 20854, or at any other location.

2

16. I never received by regular mail or certified mail summons and complaint naming Arkin Youngentob Associates, LLC in this proceeding at 7200 Wisconsin Avenue, Suite 1025, Bethesda, Maryland 20814, or at any other location.

Further Your Affiant Sayeth Not.

_____
Stuart Youngentob

Subscribed and Sworn to before me
This 31st day of July, 2008.

_____
Notary Public    My Commission
expires 3/23/12