UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEPH S. BEALE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| REVOLUTION PORTFOLIO, LLC, | ) Case No. 07 CV 6909 |
| SECURITY LIFE OF DENVER | ) |
| INSURANCE COMPANY d/b/a ING, | ) Judge Kocoras |
| ARKIN YOUNGENTOB ASSOCIATES, | ) |
| LLC and STUART YOUNGENTOB, | ) Magistrate Judge Valdez |
| | ) |
| Defendants, | ) |
| | ) |
| REVOLUTION PORTFOLIO, LLC, | ) |
| | ) |
| Counter Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JOSEPH S. BEALE, | ) |
| | ) |
| Counter Defendant. | ) |

**NOTICE OF FILING**

TO:    See Attached Service List

        PLEASE TAKE NOTICE that on August 1, 2008, we filed with the United States District
Court, Northern District of Illinois, Eastern Division, a Memorandum in Support of Motion to
Dismiss of Arkin Youngentob Associates, LLC and Stuart Youngentob., a copy of which is
herewith served upon you.


                                        /s/ Martin Q. Ryan
                                        One of Its Attorneys

Martin Q. Ryan
David A. Baugh
David R. Carlson
Baugh, Carlson & Ryan, LLC
55 W. Monroe, Suite 600
Chicago, IL  60603
312/759-1400
312/759-0402 (facsimile)

## CERTIFICATE OF SERVICE

Martin Q. Ryan, an attorney, certifies that he caused a copy of the foregoing Memorandum in Support of Motion to Dismiss of Arkin Youngentob Associates, LLC and Stuart Youngentob to be served upon the parties on the attached Service List, by electronic means, on August 1, 2008.

Martin Q. Ryan

## SERVICE LIST

**PLAINTIFF – JOSEPH S. BEALE**
**REPRESENTED BY:**
Richard George Douglass
Novack and Macey, LLP
100 N. Riverside Plaza
Chicago, IL 60606
Email: rdouglass@novackandmacey.com
Phone: 312/419-6900
LEAD ATTORNEY/ATTORNEY TO BE
NOTICED

**PLAINTIFF – JOSEPH S. BEALE**
**ALSO REPRESENTED BY:**
Monte Loren Mann
Novack and Macey LLP
100 N. Riverside Plaza
Chicago, IL 60606
Email: mmann@novackandmacey.com
Phone: 312/419-6900
ATTORNEY TO BE NOTICED

**DEFENDANT – SECURITY LIFE OF**
**DENVER INSURANCE COMPANY**
**REPRESENTED BY:**
Thomas Bernard Keegan
Keegan, Laterza, Lofgren & Gleason, LLC
566 West Adams Street., Suite 750
Chicago, IL 60661
Email: tkeegan@kllglaw.com
Phone: 312/655-0200
LEAD ATTORNEY/ATTORNEY TO BE
NOTICED

**DEFENDANT - REVOLUTION**
**PORTFOLIO, LLC**
**REPRESENTED BY:**
Christopher Bert Lega
Riemer & Braunstein, LLP
Three Center Plaza., 6th Floor
Boston, MA 02108
Email: clega@riemerlaw.com
Phone: 617/523-9100
LEAD ATTORNEY/ATTORNEY TO BE
NOTICED

**DEFENDANT - REVOLUTION**
**PORTFOLIO, LLC**
**ALSO REPRESENTED BY:**
Matthew Patrick Connelly
Connelly, Roberts & McGivney
55 W. Monroe St., Suite 1700
Chicago, IL 60603
Email: mpconnelly@crmlaw.com
Phone: 312/251-9600
LEAD ATTORNEY/ATTORNEY TO BE
NOTICED

**DEFENDANT - REVOLUTION**
**PORTFOLIO, LLC**
**ALSO REPRESENTED BY:**
Garrett Cleland Carter
Connelly, Roberts & McGivney
One North Franklin., Suite 1200
Chicago, IL 60606
Email: gcarter@crmlaw.com
Phone: 312/251-9600
ATTORNEY TO BE NOTICED

**DEFENDANT – SECURITY LIFE OF DENVER INSURANCE COMPANY**
**ALSO REPRESENTED BY:**
Edward William Gleason
Keegan, Laterza, Lofgren & Gleason, LLC
566 West Adams Street., Suite 750
Chicago, IL 60661
Email: egleason@kllglaw.com
Phone: 312/655-0200
ATTORNEY TO BE NOTICED

**COUNTERCLAIMANT – REVOLUTION PORTFOLIO, LLC**
**REPRESENTED BY:**
Christopher Bert Lega
Riemer & Braunstein LLp
 Three Center Plaza., 6th Floor
Boston, MA 02108
Email: clega@riemerlaw.com
Phone: 617/523-9100
LEAD ATTORNEY/ATTORNEY TO BE NOTICED

**COUNTER-DEFENDANT – JOSEPH S. BEALE**
**REPRESENTED BY:**
Richard George Douglass
Novack and Macey LLP
100 N. Riverside Plaza
Chicago, IL 60606
Email: rdouglass@novackandmacey.com
Phone: 312/419-6900
LEAD ATTORNEY/ATTORNEY TO BE NOTICED

**COUNTERCLAIMANT – REVOLUTION PORTFOLIO, LLC**
**ALSO REPRESENTED BY:**
Matthew Patrick Connelly
Connelly, Roberts & McGivney
55 W. Monroe St., Suite 1700
Chicago, IL 60603
Email: mpconnelly@crmlaw.com
Phone: 312/251-9600
LEAD ATTORNEY/ATTORNEY TO BE NOTICED

**COUNTER-DEFENDANT – JOSEPH S. BEALE**
**ALSO REPRESENTED BY:**
Monte Loren Mann
Novack and Macey LLP
100 N. Riverside Plaza
Chicago, IL 60606
Email: mmann@novackandmacey.com
Phone: 312/419-6900
ATTORNEY TO BE NOTICED

**COUNTERCLAIMANT – REVOLUTION PORTFOLIO, LLC**
**ALSO REPRESENTED BY:**
Garrett Cleland Carter
Connelly, Roberts & McGivney
One North Franklin., Suite 1200
Chicago, IL 60606
Email: gcarter@crmlaw.com
Phone: 312/251-9600
ATTORNEY TO BE NOTICED