UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEPH S. BEALE,<br><br>    Plaintiff,<br><br>v.<br><br>REVOLUTION PORTFOLIO, LLC,<br>SECURITY LIFE OF DENVER<br>INSURANCE COMPANY d/b/a ING,<br>ARKIN YOUNGENTOB ASSOCIATES,<br>LLC and STUART YOUNGENTOB,<br><br>    Defendants,<br><br>REVOLUTION PORTFOLIO, LLC,<br><br>    Counter Plaintiff,<br><br>v.<br><br>JOSEPH S. BEALE,<br><br>    Counter Defendant. | Case No. 07 CV 6909<br><br>Judge Kocoras<br><br>Magistrate Judge Valdez |

## NOTICE OF MOTION

To:   See Attached Service List

**PLEASE TAKE NOTICE** that on Wednesday, August 13, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Charles P. Kocoras, or such other judges as may be sitting in his stead, in Courtroom 1725, in the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois 60604, and then and there present Arkin Youngentob Associates, LLC and Stuart Youngentob's Motion to Dismiss Plaintiff's First Amended Complaint for Specific Performance, Injunction, and Other Relief and the Memorandum in Support of Motion to Dismiss of Arkin Youngentob Associates, LLC and Stuart Youngentob, a copy of which is attached and served upon you.

                                    Arkin Youngentob Associates, LLC
                                    and Stuart Youngentob,

                        BY:   /s/ Martin Q. Ryan
                               One of Their Attorneys

Martin Q. Ryan
Baugh, Carlson & Ryan, LLC
55 W. Monroe St., Suite 600
Chicago, IL 60603
312-759-1400

## Certificate of Service

Martin Q. Ryan, an attorney, hereby certifies that, on August 1, 2008, he caused a true and correct copy of the foregoing Arkin Youngentob Associates, LLC and Stuart Youngentob's Motion to Dismiss Plaintiff's First Amended Complaint for Specific Performance, Injunction, and Other Relief to be filed electronically with the Court's CM/ECF system, and that notice of this filing was sent by electronic mail to all parties listed on the attached Service List by operation of the Court's electronic filing system or by mail to anyone unable to receive electronic filings as indicated in the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

_____
Martin Q. Ryan

## SERVICE LIST

**PLAINTIFF – JOSEPH S. BEALE**
**REPRESENTED BY:**
Richard George Douglass
Novack and Macey, LLP
100 N. Riverside Plaza
Chicago, IL 60606
Email: rdouglass@novackandmacey.com
Phone: 312/419-6900
LEAD ATTORNEY/ATTORNEY TO BE NOTICED

**PLAINTIFF – JOSEPH S. BEALE**
**ALSO REPRESENTED BY:**
Monte Loren Mann
Novack and Macey LLP
100 N. Riverside Plaza
Chicago, IL 60606
Email: mmann@novackandmacey.com
Phone: 312/419-6900
ATTORNEY TO BE NOTICED

**DEFENDANT – SECURITY LIFE OF DENVER INSURANCE COMPANY**
**REPRESENTED BY:**
Thomas Bernard Keegan
Keegan, Laterza, Lofgren & Gleason, LLC
566 West Adams Street., Suite 750
Chicago, IL 60661
Email: tkeegan@kllglaw.com
Phone: 312/655-0200
LEAD ATTORNEY/ATTORNEY TO BE NOTICED

**DEFENDANT - REVOLUTION PORTFOLIO, LLC**
**REPRESENTED BY:**
Christopher Bert Lega
Riemer & Braunstein, LLP
Three Center Plaza., 6th Floor
Boston, MA 02108
Email: clega@riemerlaw.com
Phone: 617/523-9100
LEAD ATTORNEY/ATTORNEY TO BE NOTICED

**DEFENDANT - REVOLUTION PORTFOLIO, LLC**
**ALSO REPRESENTED BY:**
Matthew Patrick Connelly
Connelly, Roberts & McGivney
55 W. Monroe St., Suite 1700
Chicago, IL 60603
Email: mpconnelly@crmlaw.com
Phone: 312/251-9600
LEAD ATTORNEY/ATTORNEY TO BE NOTICED

**DEFENDANT - REVOLUTION PORTFOLIO, LLC**
**ALSO REPRESENTED BY:**
Garrett Cleland Carter
Connelly, Roberts & McGivney
One North Franklin., Suite 1200
Chicago, IL 60606
Email: gcarter@crmlaw.com
Phone: 312/251-9600
ATTORNEY TO BE NOTICED

**DEFENDANT – SECURITY LIFE OF DENVER INSURANCE COMPANY**
**ALSO REPRESENTED BY:**
Edward William Gleason
Keegan, Laterza, Lofgren & Gleason, LLC
566 West Adams Street., Suite 750
Chicago, IL 60661
Email: egleason@kllglaw.com
Phone: 312/655-0200
ATTORNEY TO BE NOTICED

**COUNTERCLAIMANT – REVOLUTION PORTFOLIO, LLC**
**REPRESENTED BY:**
Christopher Bert Lega
Riemer & Braunstein LLp
Three Center Plaza., 6th Floor
Boston, MA 02108
Email: clega@riemerlaw.com
Phone: 617/523-9100
LEAD ATTORNEY/ATTORNEY TO BE NOTICED

**COUNTER-DEFENDANT – JOSEPH S. BEALE**
**REPRESENTED BY:**
Richard George Douglass
Novack and Macey LLP
100 N. Riverside Plaza
Chicago, IL 60606
Email: rdouglass@novackandmacey.com
Phone: 312/419-6900
LEAD ATTORNEY/ATTORNEY TO BE NOTICED

**COUNTERCLAIMANT – REVOLUTION PORTFOLIO, LLC**
**ALSO REPRESENTED BY:**
Matthew Patrick Connelly
Connelly, Roberts & McGivney
55 W. Monroe St., Suite 1700
Chicago, IL 60603
Email: mpconnelly@crmlaw.com
Phone: 312/251-9600
LEAD ATTORNEY/ATTORNEY TO BE NOTICED

**COUNTER-DEFENDANT – JOSEPH S. BEALE**
**ALSO REPRESENTED BY:**
Monte Loren Mann
Novack and Macey LLP
100 N. Riverside Plaza
Chicago, IL 60606
Email: mmann@novackandmacey.com
Phone: 312/419-6900
ATTORNEY TO BE NOTICED

**COUNTERCLAIMANT – REVOLUTION PORTFOLIO, LLC**
**ALSO REPRESENTED BY:**
Garrett Cleland Carter
Connelly, Roberts & McGivney
One North Franklin., Suite 1200
Chicago, IL 60606
Email: gcarter@crmlaw.com
Phone: 312/251-9600
ATTORNEY TO BE NOTICED