UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEPH S. BEALE, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No. 07cv 6909 |
| | ) |
| REVOLUTION PORTFOLIO, LLC, *et al.* | ) |
| | ) |
| Defendants. | ) |

## CORPORATE DISCLOSURE STATEMENT OF
## ARKIN YOUNGENTOB ASSOCIATES, LLC

COMES NOW the Defendant, Arkin Youngentob Associates, LLC, by and through its counsel, and pursuant to Fed. R. Civ. P. 7.1(a), states that there is no corporation which owns 10% or more of its stock.

Date: August 4, 2008

                                              Respectfully Submitted,
                                              Arkin Youngentob Associates, LLC

                              By:    /s/ David R. Carlson
                                            One of its attorneys

David A. Baugh, Esq.
David R. Carlson, Esq.
Martin Q. Ryan, Esq.
Baugh, Carlson & Ryan, LLC
55 W. Monroe Street, Suite 600
Chicago, IL 60603
312-759-1400

*Attorneys for Arkin Youngentob Associates, LLC*

## Certificate of Service

  David R. Carlson, an attorney, hereby certifies that, on August 4, 2008, he caused a true and correct copy of the foregoing Corporate Disclosure Statement of Arkin Youngentob Associates, LLC to be filed electronically with the Court's CM/ECF system, and that notice of this filing was sent by electronic mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to receive electronic filings as indicated in the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                /s/ David R. Carlson
                David R. Carlson