UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Joseph S Beale
                                 Plaintiff,

v.                                                   Case No.: 1:07−cv−06909
                                                     Honorable Charles P. Kocoras

Revolution Portfolio, LLC, et al.
                                 Defendant.


NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, August 13, 2008:


    MINUTE entry before the Honorable Charles P. Kocoras:Motion to quash [67] is
entered and continued. Counsel advised this court that substituted service is to take place.
Motion hearing held on 8/13/2008 regarding motion to dismiss [71] and motion to
quash[67]. Briefing as to motion by Defendants Arkin Youngentob Associates, LLC,
Stuart Youngentob to dismiss Plaintiff's First Amended Complaint for Specific
Performance, Injunction and Other Relief [71] is set as follow: Response due by
9/10/2008; Reply due by 9/17/2008; Ruling before Honorable Charles P. Kocoras on
10/1/2008 at 9:30 a.m. Status set for 8/19/2008 is stricken.Mailed notice(tlp, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.