## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Joseph S Beale

                                    Plaintiff,

v.                                                      Case No.: 1:07–cv–06909
                                                        Honorable Charles P. Kocoras

Revolution Portfolio, LLC, et al.

                                    Defendant.

---

## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, August 13, 2008:


        MINUTE entry before the Honorable Charles P. Kocoras:Ruling on pending motions is reset from 10/1/2008 to 10/9/2008 at 9:30 a.m.Mailed notice(sct, )



**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.