## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Joseph S Beale

          Plaintiff,

v.                 Case No.: 1:07−cv−06909
                Honorable Charles P. Kocoras

Revolution Portfolio, LLC, et al.

         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 26, 2008:

  MINUTE entry before the Honorable Maria Valdez:Magistrate Judge Status hearing held on 8/26/2008 and continued to 10/14/2008 at 09:30 a.m. Court inquire about settlement.Mailed notice(yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.